**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street

Application granted. A Revised Civil Case Discovery Plan and Scheduling Order will be separately docketed. The case management conference previously scheduled for 6/8/2022 is adjourned to 8/16/2022 at 10:00 a.m.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
February 9, 2022

**<u>By ECF</u>**

The Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Cou[rthouse]
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Roque et al. v. United States*, No. 21 Civ. 4013 (PMH)

Dear Judge Halpern:

This Office represents Defendant the United States in the above-referenced Federal Tort Claims Act ("FTCA") action. The current discovery plan states that all fact discovery shall be completed by February 28, 2022. ECF No. 30. The parties have conferred and respectfully jointly request that the Court extend fact-discovery deadlines in this case by two-months, *i.e.*, from February 28, 2022 to April 29, 2022. As per this Court's rules, a proposed revised Civil Case Discovery Plan and Scheduling Order is attached to this letter.

The extension is requested because both parties are still engaged in locating additional responsive information and documents.[1] Defendant still needs to produce emails it located as a part of a targeted search of six custodians from U.S. Customs and Border Protection. Plaintiffs are still locating information for medical providers who treated plaintiff S.A.G.R.[2] after November 2019, and then once it receives that information, the Defendant needs to subpoena medical records from those providers. Given this outstanding discovery information, the parties jointly request a two-month extension of the close of fact discovery. This is the parties' first request for an extension on discovery.

The Parties thank the Court for its consideration of this request.

[1] As of today's date, the Defendant has produced 2268 pages of records, and over 16,000 pages of medical records received in response to subpoenas to five S.A.G.R. medical providers.

[2] The case identifies plaintiff S.A.G.R. by her initials – "S.A.G.R., an Infant by her Parent and Natural Guardian, Arlyn Roque."

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Rebecca R. Friedman

REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2614
Email: Rebecca.Friedman@usdoj.gov