**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 22, 2022

The Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Roque et al. v. United States*, No. 21 Civ. 4013 (PMH)

Dear Judge Halpern:

This Office represents Defendant the United States in the above-referenced Federal Tort Claims Act ("FTCA") action. We write in response to Defendant Loyal Source Government Services, LLC's ("Loyal Source") motion (served August 24, 2022; to be filed September 30, 2022) to transfer venue to the Southern District of Texas.

As it has previously stated (Dkt. Nos. 75, 82), the Government takes no position on Loyal Source's motion but notes that the locus of relevant facts and the vast majority of potentially relevant Government witnesses are located within the Southern District of Texas.

We thank the Court for its consideration.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Lucas Issacharoff
LUCAS ISSACHAROFF
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2737
Email: Lucas.Issacharoff@usdoj.gov
Rebecca.Friedman@usdoj.gov